<table>
<tr><td></td><td>

**FILED**

**02/20/2026**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

</td></tr>
</table>

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: SHELL EGGS ANTITRUST LITIGATION                    MDL No. 3175

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On February 10, 2026, the Panel transferred 5 civil action(s) to the United States District Court for the Western District of Wisconsin for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2026). Since that time, no additional action(s) have been transferred to the Western District of Wisconsin. With the consent of that court, all such actions have been assigned to the Honorable James D. Peterson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Wisconsin and assigned to Judge Peterson.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Western District of Wisconsin for the reasons stated in the order of February 10, 2026, and, with the consent of that court, assigned to the Honorable James D. Peterson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Wisconsin. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 19, 2026

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Marcella R. Lockert
Acting Clerk of the Panel

**IN RE: SH**

**DIST**

ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 25−15084 | Yell−O−Glow Corporation v. Cal−Maine Foods, Inc. et al |

INDIANA SOUTHERN

| | | | |
|---|---|---|---|
| INS | 1 | 25−02554 | TAYLOR EGG PRODUCTS, INC. v. CAL−MAINE FOODS, INC. et al |
| INS | 1 | 25−02573 | HUDSON et al v. CAL−MAINE FOODS, INC. et al |
| INS | 1 | 26−00135 | HUYLER v. CAL−MAINE FOODS, INC. et al |
| INS | 1 | 26−00193 | EMERY et al v. CAL−MAINE FOODS, INC. et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 25−00999 | Ryan v. Cal−Maine Foods, Inc. et al |